UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI et al.,<br><br>                                  Defendants. | 24-cv-7688 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Plaintiff's motion to proceed under a pseudonym is temporarily GRANTED. *See* Dkt. 8-4. Defendants shall file a response to the application **within two weeks of defendants' entry of a notice of appearance.** Any reply shall be filed within one week of defendant's filing. The Court reserves judgment on whether to grant the motion on a more permanent basis.

   To ensure that the Court has no conflicts that would require recusal, plaintiff shall promptly file, under seal, a declaration disclosing his identity to the Court. To ensure that his name does not appear on the public docket, plaintiff's counsel should ensure that the declaration is titled "Declaration of John Doe."

   Plaintiff's motion to conduct emergency depositions is DENIED without prejudice. Plaintiff can make the application again once he has served defendants and met and conferred with them concerning discovery.

   The Clerk of Court is directed to issue a summons.

   SO ORDERED.

Dated: October 16, 2024
       New York, New York

                                                _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge