

**SCOTT R. LANDAU**
PARTNER

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

October 24, 2024

**BY ECF ONLY w/OUT COURTESY COPY**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *John Doe v. Icahn School of Medicine at Mount Sinai, et al.*
                Civil Action No. 24-cv-7688 (AS)

Dear Judge Subramanian:

      We represent defendants Icahn School of Medicine at Mount Sinai, Jessica Moise, Eric J. Nestler, and Barbara Vickrey (collectively "Defendants") in connection with the above-referenced action. Further to Your Honor's Order dated October 16, 2024, we write to advise the Court that Defendants do not object to plaintiff John Doe's ("Plaintiff") application to proceed under a pseudonym. We do note, however, that Defendants have not yet been served in this matter, and that accordingly, their time to answer, move, or otherwise respond to plaintiff John Doe's ("Plaintiff") October 9, 2024 complaint (the "Complaint") has not yet begun to run. To the extent that Plaintiff does effectuate proper service or otherwise properly requests that Defendants waive service of process pursuant to Fed. R. Civ. P. 4 (which request, if made, can be presented to the undersigned counsel), Defendants reserve their right to answer, move, or otherwise respond to the Complaint within all time frames as may be applicable.

      We thank the Court for its time and attention to these matters.

                                       Very truly yours,

                        By:    /s/ *Scott R. Landau*
                                Scott R. Landau