# Civil Rights Consortium

> The request is GRANTED. Counsel is reminded that per this Court's rules, requests for extensions of deadlines should be made two business days prior to the deadline (not the day after the deadline).
>
> The Clerk of Court is directed to terminate the motion at Dkt. 21.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: November 14, 2024

November 13, 2024

**BY ECF**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE: **DOE, Doctor *vs*. Icahn School of Medicine at Mt. Sinai,**
    **Civil Docket No. 24-07688(AS)**

Dear Judge Subramanian,

      Please accept this letter application for an enlargement of time, of seven (7) days, in which to file an Amended Complaint, naming the Plaintiff. Additionally, I am currently awaiting the request waiver, which the Defense previously consented to executing. As such I should receive such soon, for purposes of filing.

Respectfully Submitted,

*[signature]*
Earl Dubois Raynor, Esq.
Managing Attorney

**BY EMAIL & U.S. POSTAL MAIL**
Scott R. Landau, Esq. (slandau@aellaw.com)
Abel Eskew Landau
ATTORNEYS FOR THE DEFENDANTS
256 Fifth Avenue, 5th Floor
New York, New York 10001

---

89-07 JAMAICA AVENUE, WOODHAVEN, NY 11421
T (855) 246-2776 (MAIN) * (347) 508-3497 (DIRECT)
WWW.CIVILRIGHTSCONSORTIUM.COM