UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIULIO PASINETTI,<br><br>                    Plaintiff,<br><br>       -against-<br><br>ICAHN SCHOOL OF MEDICINE AT<br>MOUNT SINAI et al.,<br><br>              Defendant. | 24-cv-7688 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court has received plaintiff's motion for a preliminary injunction. *See* Dkt. 29. The defendant is ordered to respond by **December 13, 2024** to plaintiff's motion. Plaintiff may submit a reply by **December 18, 2024**.

      SO ORDERED.

Dated: December 9, 2024
      New York, New York

                                   _____
                                      ARUN SUBRAMANIAN
                                   United States District Judge