

**SCOTT R. LANDAU**
**PARTNER**

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

December 12, 2024

The request is GRANTED.

## BY ECF ONLY w/OUT COURTESY COPY

The Clerk of Court is directed to terminate the motion at Dkt. 35.

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: December 12, 2024

Re:   *John Doe v. Icahn School of Medicine at Mount Sinai, et al.*
      Civil Action No. 24-cv-7688 (AS)

Dear Judge Subramanian:

We represent defendants Icahn School of Medicine at Mount Sinai, Jessica Moise, Eric J. Nestler, and Barbara Vickrey (collectively "Defendants") in the above-referenced action. Further to Your Honor's December 10, 2024 Order (*see* Civil Docket for Case No. 1:24-cv-07688-AS ("Docket"), 12/10/2024 Order by Endorsement), we write, with the consent of plaintiff's counsel, to propose that: (1) Defendants' opposition submissions in response to Plaintiff's Preliminary Injunction Motion be served and filed on or before December 24, 2024; and (2) that the following briefing schedule be adopted for Defendant's anticipated Motion to Dismiss Plaintiff's Complaint:

- Defendants anticipated Motion to Dismiss to be served and filed or on by January 30, 2025 ~~2024~~ (with Defendants' time to answer the complaint to be extended until after the Motion to Dismiss is decided by the Court, pursuant to Fed. R. Civ. P. 12(a)(4));

- Plaintiff's opposition to the Motion to Dismiss and reply in support of its Preliminary Injunction motion, if any, to be served and filed on or before February ~~XX, XXXX~~ 28, 2025; and

- Defendant's reply memorandum in support of its Motion to Dismiss to be served and filed on or before March 23, ~~XXXX~~ 2025.

We thank the Court for its time and attention to these matters.

Very truly yours,

By:   /s/ *Scott R. Landau*
      Scott R. Landau
      Olivia Jecklin

cc: all counsel of record (via ECF only)