

**SCOTT R. LANDAU**
**PARTNER**

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

December 9, 2024

*The Court has already set in place a briefing schedule so the request is DENIED as moot. As discovery has not been stayed in this case, the initial pretrial conference shall proceed as scheduled.*

**BY ECF ONLY w/OUT COURTESY COPY**

*The Clerk of Court is directed to terminate the motion at Dkt. 30.*

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: December 18, 2024

Re:   *John Doe v. Icahn School of Medicine at Mount Sinai, et al.*
      Civil Action No. 24-cv-7688 (AS)

Dear Judge Subramanian:

We represent defendants Icahn School of Medicine at Mount Sinai, Jessica Moise, Eric J. Nestler, and Barbara Vickrey (collectively "Defendants") in the above-referenced action, and write, with the consent of counsel for plaintiff John Doe ("Plaintiff"), to propose the following coordinated briefing schedule for both: (1) Defendants' opposition to Plaintiff's Motion for a Preliminary Injunction filed yesterday (*see* Civil Docket for Case No. 1:24-cv-07688-AS ("Docket"), Entry No. 29) (the "PI Opposition"); and (2) Defendant's anticipated Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"), as follows:

- Defendants Motion to Dismiss and PI Opposition to be served and filed or on by January 17, 2024 (with Defendants' time to answer the complaint to be extended until after the Motion to Dismiss is decided by the Court, pursuant to Fed. R. Civ. P. 12(a)(4));

- Plaintiff's opposition to the Motion to Dismiss and reply in support of its Preliminary Injunction motion, if any, to be served and filed on or before February 21, 2024; and

- Defendant's reply memorandum in support of its Motion to Dismiss to be served and filed on or before March 14, 2024.

We additionally note that the Initial Pretrial Conference in this matter is currently scheduled to take place telephonically on January 16, 2025 at 2:00 p.m.; the parties of course respectfully defer to the Court as to whether that conference should be rescheduled in light of this proposed briefing schedule.

      This is the parties' first request for such relief or a briefing schedule and, as noted, Plaintiff's counsel has graciously consented to this proposed briefing schedule.  We thank the Court for its time and attention to these matters.

                Very truly yours,

By:    /s/ *Scott R. Landau*
         Scott R. Landau
         Olivia Jecklin

cc: all counsel of record (via ECF only)