UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIULIO PASINETTI, | |
| Plaintiff, | 24-CV-7688 (AS) |
| -against- | |
| ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **November 25, 2024** Order, ECF No. **28**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **January 8, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 13, 2025**.

SO ORDERED.

Dated: January 10, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge