# Civil Rights Consortium

April 2, 2025

**BY ECF**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE: **Pasinetti *vs*. Icahn School of Medicine at Mt. Sinai,**
**Civil Docket No. 24-07688(AS)**

Dear Judge Subramanian,

My office represents the Plaintiff in the above-referenced matter. I write to request an enlargement of time of two (2) days for filing of the within papers in opposition to the Defendants' motion to dismiss and in further support of the Plaintiff's motion or injunctive relief. I had previously consulted with Defense counsel, obtaining consent to filing the same on April 1st. However, such was not completed until April 2, 2025, and given the early morning hours, of the filing, there was no time to further engage Defense counsel for such consent. Therefore, I respectfully request an enlargement of time, permitting the filing of the above, and consent to a reciprocal enlargement of time for Defense counsel's reply filing.

Respectfully Submitted,

*E. Dubois Raynor, Jr.*
Earl Dubois Raynor, Esq.
Managing Attorney

**BY EMAIL & U.S. POSTAL MAIL**
Scott R. Landau, Esq. (slandau@aellaw.com)
Abel Eskew Landau
ATTORNEYS FOR THE DEFENDANTS
256 Fifth Avenue, 5th Floor
New York, New York 10001

---

The request for an extension is GRANTED. If plaintiff is seeking leave to file a second amended complaint, plaintiff should make such motion separately and should indicate whether defendants consent to such an amendment in light of defendants' pending motion to dismiss.

The Clerk of Court is directed to terminate the motion at Dkt. 54.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 2, 2025