

**SCOTT R. LANDAU**
**PARTNER**

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

May 16, 2025

**BY ECF ONLY**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Giulio Maria Pasinetti v. Icahn School of Medicine at Mount Sinai, et al.*
Civil Action No. 1:24-cv-7688 (AS)

Dear Judge Subramanian:

> Given defendant's non-opposition, plaintiff's second request to amend his complaint is GRANTED. *See* Dkt. 63. In light of that amendment, defendant's motion to dismiss is DENIED as moot. *See* Dkt. 47. Plaintiff should file the amended complaint by May 26, 2025. Defendants may file any motion to dismiss by June 16, 2025. Plaintiff may file any reply by June 23, 2025.
>
> Plaintiff's motion to supplement his application for a preliminary injunction is GRANTED. *See* Dkt. 64. Defendants shall file any response by May 27, 2025.
>
> The Clerk of Court is directed to terminate the motions at Dkts. 29, 47, 63, and 64.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 20, 2025

We represent defendants Icahn School of Medicine at Mount Sinai ("ISMMS"), Jessica Moise, Eric J. Nestler, and Barbara Vickrey (collectively "Defendants") in the above-referenced action, and write to advise the Court that Defendants will not interpose opposition to plaintiff Giulio Maria Pasinetti's ("Plaintiff") May 6, 2025 Second Motion to Further Amend Complaint (the "Leave Motion"). *See* Docket for Civil Case No. 24-cv-7688 ("ECF"), Entry No. 63. Should the Court grant Plaintiff's Leave Motion, however, Defendants *do* intend to move to dismiss pursuant to Fed. R. Civ. P. 12(b), and respectfully request permission to file their anticipated dismissal motion within twenty-one (21) days of the granting (if any) of the Leave Motion.

We thank the Court for its time and attention to these matters.

Very truly yours,

By:     /s/ *Scott R. Landau*

Scott R. Landau
Olivia Jecklin

cc: all counsel of record (via ECF only)