# Civil Rights Consortium

May 28, 2025

> The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 71.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: May 29, 2025

**BY ECF**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE: **Pasinetti *vs.* Icahn School of Medicine at Mt. Sinai,**
    **Civil Docket No. 24-07688(AS)**

Dear Judge Subramanian,

      Please accept application in support of the Plaintiff's application to modestly modify the filing of the underlying amended complaint. The Court granted the application to file the amendment, setting the date for such, for May 26, 2025. Plaintiff-counsel initially overlooked that May 26, 2025, was Memorial Day, until the holiday weekend. Moreover, as Plaintiff-counsel was traveling back from the long holiday weekend break, Plaintiff-counsel would not be able to file until today, May 28, 2025. Therefore, Plaintiff-counsel reached out to Defense-counsel, obtaining Defense-counsel's consent to filing the amendment, today, May 28, 2025, or pursuant to the Court's instructions for such filing.

Respectfully Submitted,

*[signature: E. Dubois Raynor, Jr.]*
Earl Dubois Raynor, Esq.
Managing Attorney

**BY EMAIL & U.S. POSTAL MAIL**
Scott R. Landau, Esq. (slandau@aellaw.com)
Abel Eskew Landau
ATTORNEYS FOR THE DEFENDANTS
256 Fifth Avenue, 5th Floor
New York, New York 10001

---

89-07 JAMAICA AVENUE, WOODHAVEN, NY 11421
T (855) 246-2776 (MAIN) * (347) 508-3497 (DIRECT)
WWW.CIVILRIGHTSCONSORTIUM.COM