UNITED STATES DISTRICT COURT
FOR THE
SOUTEHRN DISTRICT OF NEW YORK

| | |
|---|---|
| **GIULIO MARIA PASINETTI,** ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> **ICAHN SCHOOL OF MEDICINE AT MOUNT** ) <br> **SINAI, JESSICA MOISE, ERIC J. NESTLER, and** ) <br> **BARBARA G. VICKREY,** ) <br> ) <br> Defendant. ) | Docket No.: 24-07688 <br><br> NOTICE OF MOTION <br> TO FURTHER AMEND |

PLEASE TAKE NOTICE that upon Counsel's combined memorandum of law, and exhibits, the Plaintiff moves the Court to further amend the complaint, filing the attached proposed Third Amended Complaint, moving the Court at the Courthouse located at 500 Pearl Street, as soon as the parties may be heard for said relief.[1]

Dated: July 25, 2025
      Woodhaven, New York

The request is DENIED. Plaintiff provides no explanation for the delay in moving to amend his complaint yet another time, despite his assurances to defendants that he would do so "quickly." See Dkt. 94-1 at 2. And, as defendants point out, defendants' fully briefed motion to dismiss was filed based on plaintiff's second amended complaint, which was the operative complaint at the time the motion to dismiss was filed. Allowing amendment would require yet another round of briefing, with little promise that such amendment would serve the ends of justice, including the speedy resolution of this dispute. This case needs to move forward.

The Clerk of Court is directed to terminate the motion at Dkt. 95.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Dated: July 28, 2025

                                                      Civil Rights Consortium
                                       ATTORNEYS FOR THE PLAINTIFF

BY: */s/ E. Dubois Raynor, Jr.*
                                               E. Dubois Raynor, Esq.

---

[1] See the Declaration of Plaintiff's counsel as to the unusual factual circumstances resulting in the filing of this motion to further amend.