UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIULIO MARIA PASINETTI,

                Plaintiff,

    -against-

ICAHN SCHOOL OF MEDICINE AT
MOUNT SINAI, JESSICA MOISE, ERIC J.
NESTLER, and BARBARA G. VICKREY,

                Defendants.

24-cv-7688 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to enter judgment in favor of defendants.

SO ORDERED.

Dated: April 1, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge