**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GIULIO MARIA PASINETTI,

                   Plaintiff,                        24 **CIVIL** 7688 (AS)

       -against-                             **JUDGMENT**

ICAHN SCHOOL OF MEDICINE AT MOUNT
3SINAI, JESSICA MOISE, ERIC J. NESTLER,
and BARBARA G. VICKREY

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 30, 2026 and Order dated April 1, 2026,

Defendants' motion to dismiss the Second Amended Complaint is GRANTED. Accordingly,

judgment is entered in favor of the Defendants and the case is closed.

**Dated:** New York, New York
       April 3, 2026

                              **TAMMI M. HELLWIG**

                                  **Clerk of Court**

           **BY:**          _Nesam Dulal_

                             **Deputy Clerk**